## LEON FORBSTEIN *v.* GENERAL TIRE COMPANY ET AL

[No. 32, October Term, 1934.]

*Decided November 23rd, 1934.*

The cause was argued before BOND, C. J., URNER, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*Harry O. Levin,* for the appellant.

*Walter V. Harrison,* with whom was *Robert France* on the brief, for the General Tire Company, appellee.

*Abram C. Joseph,* with whom was *Foster H. Fanseen* on the brief, for Margaret M. Lilly, appellee.

BOND, C. J., delivered the opinion of the Court.